# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00315 |
| v. | (Judge Brann) |
| MICHAEL KOCH, | |
| Defendant. | |

## ORDER

**AND NOW**, this 24th day of April 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Michael Koch's Motion to Withdraw the Guilty Plea, January 31, 2018, ECF No. 76, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge